# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3557

_____

Oscar Solis Perales,                          *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
        v.                                    *   District Court for the
                                              *   Southern District of Iowa.
United States of America,                     *
                                              *        [UNPUBLISHED]
            Appellee.                         *

_____

Submitted:  November 22, 2000
Filed:  November 27, 2000

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Oscar Perales appeals the district court's[1] denial of his "Notice of Challenge to Court's Jurisdiction Pursuant to Federal Rules of Criminal Procedure Rule 12(b)(2)." Having carefully reviewed the record, we affirm the judgment of the district court. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.